# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE PLUMBERS AND
STEAMFITTERS MANAGED HEALTH CARE TRUST
FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL
NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES
OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED
CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE
U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE
TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF
THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT
COOPERATION COMMITTEE TRUST FUND,

    PLAINTIFFS

    v.

RAMCON COMPANY, INC., A CALIFORNIA CORPORATION

    DEFENDANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08  1170  JCS**

TO: (Name and address of defendant)
RAMCON COMPANY, INC.
1659-C Industrial Road
San Carlos, CA 94070

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lori A. Nord, Esq.
McCarthy, Johnson and Miller Law Corporation
595 Market Street, Suite 2200
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 27 2008
DATE

Helen L. Almacen
(BY) DEPUTY CLERK