UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOT OF PLUMBERS AND
STEAMFITTERS, ET AL.

        Plaintiff(s),

  v.

RAMCON COMPANY INC,

        Defendant(s).
_____/

No. C 08-01170 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 3/5/08

_____
Signature

Counsel for _plaintiffs_
(Name or party or indicate "pro se")