| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     LAW CORPORATION |
| 2 | LORI A. NORD, ESQ., #87993 |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 4 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, | Case No. CV 08 1170 JCS<br><br>**PROOF OF SERVICE**<br>**OF ORIGINAL SUMMONS AND**<br>**COMPLAINT** |
| Plaintiffs, | |
| v. | |
| RAMCON COMPANY, INC., A CALIFORNIA CORPORATION | |
| Defendant. | |

Attached is a Proof of Service signed March 5, 2008 by James Kline and a Proof of Service by mail signed by Phyllis Leewilliams dated March 18, 2008.

DECLARATION OF SERVICE BY MAIL - Case No. CV 081170JCS                                          1

1                    DECLARATION OF SERVICE BY MAIL

2      I am a citizen of the United States and a resident of the State
3 of California.  I am over the age of eighteen years and not a party
4 to the within matter.  My business address is 595 Market Street,
5 Suite 2200, San Francisco, California  94105.

6      I am familiar with the practice of McCarthy, Johnson & Miller
7 Law Corporation for collection and processing of correspondence for
8 mailing with the United States Postal Service.  It is the practice
9 that correspondence is deposited with the United States Postal
10 Service the same day it is submitted for mailing.

11     I served the following document by placing a true copy of each
12 such document for collection and mailing, in the course of ordinary
13 business practice, with other correspondence of McCarthy, Johnson &
14 Miller Law Corporation, located at 595 Market Street, Suite 2200,
15 San Francisco, California  94105, on the date set forth below,
16 enclosed in a sealed envelope with postage fully prepaid, addressed
17 in the manner set forth immediately below this declaration.

18     Documents served:

19     **DECLARATION OF SERVICE OF ORIGINAL SUMMONS AND COMPLAINT**

20     I declare under penalty of perjury that the foregoing is true
21 and correct.

22     Dated at San Francisco, California, on April 15, 2008.

23

24     By:  /S/Jan Proudfoot
             Jan Proudfoot
25

26 Ramcon Company, Inc.
   1659-C Industrial Road
27 San Carlos, CA 94070

28

LORI A. NORD, ESQ, (SBN 87993)
MCCARTHY, JOHNSON & MILLER LAW CORPORATION
595 MARKET STREET, SUITE 2200
SAN FRANCISCO, CA 94105
Telephone: 415.882.2992
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF CALIFORNIA

BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND, et al.,
Plaintiff

v.

RAMCON COMPANY, INC., A CALIFORNIA CORPORATION
Defendant

| Invoice No. | PROOF OF SERVICE | Case No. | CV 08-01170 JCS |
|---|---|---|---|

1. I served copies of the:

   a. Summons, Complaint for Audit Entry and for Money, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of case to a United States Magistrate Judge for Trial, Welcome to the United States District, ECF Registration Information Handout

   b. by serving: ___ Defendant    X   Other (name and title or relationship to person served):
   Dawn Smith, Accountant Authorized to Accept Service on Behalf of Ramcon Company, Inc., a California Corporation

   c.   X   by delivery       ___ at home       X   at business

      (1) date: March 5, 2008
      (2) time: 2:35 P.M.
      (3) address: 1659-C, Industrial Road, San Carlos, CA 94070
      (4) Manner of service: PERSONAL SERVICE

2. At the time of service, I was at least 18 years of age and not a party to this action.
3. Witness Fees:
4. Person serving: JAMES KLINE
   a. Fee for service:
   b. Registered California Process Server Registration No. 631
   c. County: SAN FRANCISCO
   d. Expires:
5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 5, 2008                                           _James Kline_
                                                                JAMES KLINE

TOSHI'S LEGAL CONNECTION 3701 Sacramento Street, #269, San Francisco, CA 94118 (415) 722-8715

| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | Law Corporation |
| 2 | LORI A. NORD, ESQ., #87993 |
| | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 882-2992 |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, | Case No. CV 08 1170 JCS |
| | | **DECLARATION OF SERVICE BY MAIL** |
| | Plaintiffs, | |
| | v. | |
| | RAMCON COMPANY, INC., A CALIFORNIA CORPORATION | |
| | Defendant. | |

DECLARATION OF SERVICE BY MAIL - Case No. CV 081170JCS

1

1  DECLARATION OF SERVICE BY MAIL

2      I am a citizen of the United States and a resident of the State of California. I am over the age
3  of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite
4  2200, San Francisco, California 94105.

5      I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection
6  and processing of correspondence for mailing with the United States Postal Service. It is the practice
7  that correspondence is deposited with the United States Postal Service the same day it is submitted
8  for mailing.

9      I served the following document by placing a true copy of each such document for collection
10 and mailing, in the course of ordinary business practice, with other correspondence of McCarthy,
11 Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco,
12 California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully
13 prepaid, addressed in the manner set forth immediately below this declaration.

14     Documents served: Document(s) served: Summons in a Civil Case; Complaint for Audit Entry and for Money; Order Setting Initial Case Management Conference and ADR Deadlines, with
15 Standing Order; Drop Box Filing Procedures, Notice of Rule Discontinuing Service by Mail and Standing Order for All Judges of the Northern District of California re: Consent to Proceed Before
16 Magistrate: Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination
17 to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Consent to Proceed Before a United States Magistrate Judge; ECF Registration Information Handout;
18 and Welcome to the U.S. District Court, San Francisco and Plaintiff's Consent to Proceed Before Magistrate.
19

20     I declare under penalty of perjury that the foregoing is true and correct.

21     Dated at San Francisco, California, on March 18, 2008.

22
23 By: _____
          Phyllis Leewilliams
24

25 Ramcon Company, Inc.
   1659-C Industrial Road
26 San Carlos, CA 94070

27
28    2

DECLARATION OF SERVICE BY MAIL - Case No. CV 081170JCS