```
 1  McCARTHY, JOHNSON & MILLER
         LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    DIANE SIDD-CHAMPION, ESQ. #78140
 3  595 Market Street, Suite 2200
    San Francisco, CA  94105
 4  Telephone:  (415) 882-2992

 5  Attorneys for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10
    BOARD OF TRUSTEES OF THE PLUMBERS   ) No.  CV 08 1170 JCS
11  AND STEAMFITTERS MANAGED HEALTH CARE)
    TRUST FUND; BOARD OF TRUSTEES OF THE) REQUEST TO ENTER DEFAULT
12  U.A. LOCAL NO. 343 PENSION TRUST    )
    FUND; BOARD OF TRUSTEES OF THE U.A. )
13  LOCAL NOS. 343 AND 355 DEFINED      )
    CONTRIBUTION PLAN; BOARD OF TRUSTEES)
14  OF THE U.A. LOCAL NO. 343 JOURNEYMAN)
    AND APPRENTICE TRAINING TRUST FUND; )
15  AND BOARD OF TRUSTEES OF THE U.A.   )
    LOCAL NO. 343 LABOR-MANAGEMENT      )
16  COOPERATION COMMITTEE TRUST FUND,   )
                                        )
17                                      )
              Plaintiffs,               )
18                                      )
         v.                             )
19                                      )
    RAMCON COMPANY, INC., A CALIFORNIA  )
20  CORPORATION                         )
                                        )
21                                      )
              Defendant.                )
22  _____)

23

24

25

26

27

28
```

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA:
3  Plaintiffs hereby respectfully request that you enter the
4  default of the Defendant for failure to plead or otherwise defend as
5  provided by the Federal Rules of Civil Procedure, as appears from
6  the Declaration of Diane Sidd-Champion in Support of Request to
7  Enter Default filed herewith.
8  Dated: May 12, 2008           McCARTHY, JOHNSON & MILLER
                                           LAW CORPORATION
9
10
                                  By:   /s/  Diane Sidd-Champion
11                                      DIANE SIDD-CHAMPION
                                        Attorneys for Plaintiffs
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>DECLARATION OF SERVICE BY MAIL</u>

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served:

1. REQUEST TO ENTER DEFAULT; and
2. DECLARATION OF DIANE SIDD-CHAMPION IN SUPPORT OF REQUEST TO ENTER DEFAULT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on May 12, 2008.

By: /s/ Anna Lee
    Anna Lee

Ramcon Company, Inc.
1659-C Industrial Road
San Carlos, CA 94070

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served:

1. REQUEST TO ENTER DEFAULT; and

2. DECLARATION OF DIANE SIDD-CHAMPION IN SUPPORT OF REQUEST TO ENTER DEFAULT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on May 12, 2008.

By: /s/ Anna Lee
    Anna Lee

Ramcon Company, Inc.
1659-C Industrial Road
San Carlos, CA 94070