**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 13, 2008

RE: CV 08-01170 JCS        BOARD OF TRUSTEES-v- RAMCON COMPANY INC

Default is entered as to **Defendant Ramcon Company, Inc.** on **May 13, 2008.**.

RICHARD W. WIEKING, Clerk

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89