```
McCARTHY, JOHNSON & MILLER
     LAW CORPORATION
LORI A. NORD, ESQ., #87993
DIANE SIDD-CHAMPION, ESQ. #78140
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RAMCON COMPANY, INC., A CALIFORNIA CORPORATION<br><br>　　　　　Defendant.<br>_____ | **No. CV 08 1170 JCS**<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:** June 6, 2008<br>**Time:** 1:30 P.M.<br>**Place:** Courtroom A, 15th Floor |

　　　Pursuant to this Court's order in the above-entitled action, the undersigned hereby certifies as follows:

　　　A.　<u>Service of process and parties not served</u>:  This action was originally filed in this court on February 27, 2008.  Defendant was served on March 18, 2008 with the complaint and on

/ / /

1 April 15, 2008 with the amended complaint. Defendant's default was
2 entered on May 13, 2008. There are no additional parties to be
3 served.

4     B.   <u>Jurisdiction and venue</u>: Jurisdiction is based upon the
5 Employee Retirement Income Security Act (hereinafter referred to
6 as "ERISA"), 29 U.S.C. Section 1001, and more specifically Section
7 1132.  Venue is proper under both ERISA and the pertinent collec-
8 tive bargaining agreement.

9     C.   <u>Anticipated motions</u>:  Plaintiffs are filing a motion for
10 default judgment on May 30, 2008.  This motion will be heard on
11 July 11, 2008.

12     D.   <u>Anticipated or remaining discovery</u>:  Not applicable.
13 See C above.

14     E.   <u>Further proceedings, including setting dates for discov-
15 ery cutoff, pretrial and compliance with local rules 235-7, 235-9
16 and 235-10</u>:  Plaintiffs are filing a motion for a default judgment
17 and hope to obtain a default judgment against defendant thereby.
18 Plaintiffs thus estimate that a final judgment will be obtained on
19 July 11, 2008, the hearing date on their motion.  As such, we
20 respectfully request tat this June 6 Case Management Conference be
21 taken off-calendar or continued until July 11, 2008.

22     F.   <u>Appropriateness of special procedures</u>:  Plaintiffs admit
23 that such procedures are not applicable to this action.

24     G.   <u>Modification of standard pretrial procedures</u>:  See E
25 above.

26     H.   <u>Prospects for Settlement</u>:  Nil.
27 / / /
28 / / /

1  I. <u>Other matters; issues</u>: See E above.

3  Dated: _____   Respectfully submitted,

5  McCARTHY, JOHNSON & MILLER
      LAW CORPORATION

   By: _____
       LORI A. NORD
       Attorneys for Plaintiffs