```
1   McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
2   LORI A. NORD, ESQ., #87993
    DIANE SIDD-CHAMPION, ESQ. #78140
3   595 Market Street, Suite 2200
    San Francisco, CA  94105
4   Telephone:  (415) 882-2992

5   Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RAMCON COMPANY, INC., A CALIFORNIA CORPORATION <br><br> Defendant. | **No. CV 08 1170 JCS** <br><br> **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT** <br><br> **(F.R.C.P. 55 (b)(2), L.R. 230)** <br><br> **Date:     July 11, 2008** <br> **Time:     9:00 A.M.** <br> **Place:    Courtroom A,** <br>            **15th Floor** |

To:  Defendant Ramcon Company, Inc., a California corporation:

PLEASE TAKE NOTICE that on July 11, 2008 at 9:00 a.m., before Magistrate Judge Joseph C. Spero, in the above Court, Plaintiffs will move the court to enter default judgment in favor of plain- tiffs and against the defendant on the ground that default has

/ / /

1  been entered against defendant for failure to answer or otherwise
2  defend as to the amended complaint of plaintiffs.
3      The Plaintiffs' points and authorities in support of this
4  motion and accompanying declaration are being filed herewith.
5  Defendant's default was entered on May 13, 2008.  The defendant is
6  not in the military service of the United States, as more particu-
7  larly shown by the Declaration of Lori A. Nord, filed herewith.
8      The attorneys' fees and costs incurred by plaintiffs, as
9  requested in the judgment, are also described in the Declaration
10 of Lori A. Nord, filed herewith.

12 Dated:  May 30, 2008     McCARTHY, JOHNSON & MILLER
                            LAW CORPORATION


                        By:  _____
15                           LORI A. NORD
                             Attorneys for Plaintiffs

DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date setforh below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**1. NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION       FOR DEFAULT JUDGMENT BY COURT**

**3. DECLARATION OF LORI A. NORD REGARDING STATEMENT OF AMOUNTS       OWED, AND AWARD OF ATTORNEYS'S FEES**

**4. JUDGMENT BY DEFAULT (PROPOSED)**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on **May 30, 2008.**


By _____
    Phyllis Leewilliams


Ramcon Company, Inc.
1659-C Industrial Road
San Carlos CA 94070