```
McCARTHY, JOHNSON & MILLER
      LAW CORPORATION
LORI A. NORD, ESQ., #87993
DIANE SIDD-CHAMPION, ESQ. #78140
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RAMCON COMPANY, INC., A CALIFORNIA CORPORATION<br><br>Defendant. | **No. CV 08 1170 JCS**<br><br>**JUDGMENT BY DEFAULT [PROPOSED]**<br><br>**Date:** July 11, 2008<br>**Time:** 9:00 A.M.<br>**Place:** Courtroom A, 15th Floor |

Defendant, Ramcon Company, Inc., having failed to plead or otherwise defend in this action:

Now upon application of the plaintiffs and upon declaration that defendant is not an infant or an incompetent person and is not in the military service of the United States, it is hereby,

ORDERED, ADJUDGED AND DECREED that defendant Ramcon Company, Inc.:

1. Account for all fringe benefit contributions, liquidated damages, and interest from August 1, 2006 through January 3, 2007 by allowing an audit of the books, records, papers and reports of its contracting business as required by the Master Labor Agreement with Pipe Trades District Council No. 36, and by the various trust agreements establishing each of the plaintiff Trust Funds in this action to which defendant is bound. See, Central States, Southeast and Southwest Area Pension Fund v. Central Transport, Inc., 47 U.S. 559 (1985).

2. Allow auditors selected by the plaintiffs to examine and copy, at the premises of defendant, during business hours, at a reasonable time or times, such books, records, papers and reports relevant to the enforcement of the Memorandum Agreement(s), the collective bargaining agreements, and the Trust Agreements, for the period of August 1, 2006 through January 31, 2007, including but not limited to the following:

California and Federal payroll tax returns (California Form DE-3 and Federal Form 941), employee time cards, payroll journal, worker compensation insurance reports, individual earning records (compensation records) for all employees, Federal Form W-2, Federal Form W-4, Federal Form 1086 and 1099, reports to employee benefit plans for all other trades, general check register, check stubs or vouchers, canceled checks, bank statements, job costs, records, general ledger, cash receipts journal, copies of all contracts, income tax returns,

and any such other books, records and papers as may be necessary to determine if full and prompt payment to the plaintiffs of all requires sums is in fact being made.

3. Arrange with plaintiffs within fifteen (15) days after notice of this default judgment for a time and place to conduct the aforementioned audit, and to permit the audit to be actually conducted within forty-five (45) days after notice of this default judgment.

4. IT IS FURTHER ORDERED, ADJUDGED AND DECREED: that plaintiffs' recovery from defendant damages in the amount of $14,925.32, costs in the amount of $450.00, audit fees of $2,602.00, attorney fees in the amount of $1,896.00, for a total of $19,873.32, the entire amount of which is to accrue interest at the rate of twelve percent (12%) per annum from May 30, 2008 until paid in accordance with 29 U.S.C. § 1132(g).

Dated: _____
UNITED STATES DISTRICT JUDGE