IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BOARD OF TRUSTEES,**

      Plaintiff(s),

  v.

**RAMCON COMPANY INC**,

      Defendant(s),
_____/

No. **C08-01170 JCS**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled an **Initial Case Management Conference** for **Friday, June 20, 2008 at 1:30 pm** before the Honorable Magistrate Judge Joseph C. Spero. The parties are instructed to file a Joint Status Statement at least 7 days prior to the Case Management Conference.

Please report to courtroom A, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. If any party would like to appear by telephone, please contact the court.

Dated:   June 6, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ M Narcisse
    Monica Narcisse
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.