```
McCARTHY, JOHNSON & MILLER
     LAW CORPORATION
LORI A. NORD, ESQ., #87993
DIANE SIDD-CHAMPION, ESQ. #78140
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>            Plaintiffs,<br><br>    v.<br><br>RAMCON COMPANY, INC., A CALIFORNIA CORPORATION<br><br>            Defendant.<br>_____ | **No. CV 08 1170 JCS**<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:      June 6, 2008**<br>**Time:      1:30 P.M.**<br>**Place:     Courtroom A,<br>           15th Floor** |

Pursuant to this Court's order in the above-entitled action, the undersigned hereby certifies as follows:

A. <u>Service of process and parties not served</u>: This action was originally filed in this court on February 27, 2008. Defendant was served on March 18, 2008 with the complaint and on

/ / /

1  April 15, 2008 with the amended complaint. Defendant's default was
2  entered on May 13, 2008. There are no additional parties to be
3  served.
4    B. <u>Jurisdiction and venue</u>: Jurisdiction is based upon the
5  Employee Retirement Income Security Act (hereinafter referred to
6  as "ERISA"), 29 U.S.C. Section 1001, and more specifically Section
7  1132. Venue is proper under both ERISA and the pertinent collec-
8  tive bargaining agreement.
9    C. <u>Anticipated motions</u>: Plaintiffs are filing a motion for
10  default judgment on May 30, 2008. This motion will be heard on
11  July 11, 2008.
12    D. <u>Anticipated or remaining discovery</u>: Not applicable.
13  See C above.
14    E. <u>Further proceedings, including setting dates for discov-</u>
15  <u>ery cutoff, pretrial and compliance with local rules 235-7, 235-9</u>
16  <u>and 235-10</u>: Plaintiffs are filing a motion for a default judgment
17  and hope to obtain a default judgment against defendant thereby.
18  Plaintiffs thus estimate that a final judgment will be obtained on
19  July 11, 2008, the hearing date on their motion. As such, we
20  respectfully request tat this June 6 Case Management Conference be
21  taken off-calendar or continued until July 11, 2008.
22    F. <u>Appropriateness of special procedures</u>: Plaintiffs admit
23  that such procedures are not applicable to this action.
24    G. <u>Modification of standard pretrial procedures</u>: See E
25  above.
26    H. <u>Prospects for Settlement</u>: Nil.
27  / / /
28  / / /

1       I.   <u>Other matters; issues</u>:  See E above.

3    Dated: _____        Respectfully submitted,

5                                     McCARTHY, JOHNSON & MILLER
                                          LAW CORPORATION

7                                     By: _____
                                          LORI A. NORD
                                          Attorneys for Plaintiffs