McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
DIANE SIDD-CHAMPION, ESQ. #78140
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>        Plaintiffs,<br>  v.<br>RAMCON COMPANY, INC., A CALIFORNIA CORPORATION<br><br>        Defendant.<br>_____ | **No. CV 08 1170 JCS**<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:**    June 20, 2008<br>**Time:**    1:30 P.M.<br>**Place:**   Courtroom A,<br>            15th Floor |

    Pursuant to this Court's order in the above-entitled action, the undersigned hereby certifies as follows:

    A.   <u>Service of process and parties not served</u>:  This action was originally filed in this court on February 27, 2008.  Defendant was served on March 18, 2008 with the complaint and on

1  April 15, 2008 with the amended complaint. Defendant's default was
2  entered on May 13, 2008. There are no additional parties to be
3  served.
4      B.   <u>Jurisdiction and venue</u>:  Jurisdiction is based upon the
5  Employee Retirement Income Security Act (hereinafter referred to
6  as "ERISA"), 29 U.S.C. Section 1001, and more specifically Section
7  1132.  Venue is proper under both ERISA and the pertinent collec-
8  tive bargaining agreement.
9      C.   <u>Anticipated motions</u>:  Plaintiffs filed a motion for
10 default judgment on May 30, 2008.  This motion will be heard on
11 July 11, 2008.
12     D.   <u>Anticipated or remaining discovery</u>:  Not applicable.
13 See C above.
14     E.   <u>Further proceedings, including setting dates for discov-
15 ery cutoff, pretrial and compliance with local rules 235-7, 235-9
16 and 235-10</u>:  Plaintiffs filed a motion for a default judgment and
17 hope to obtain a default judgment against defendant thereby.
18 Plaintiffs thus estimate that a final judgment will be obtained on
19 July 11, 2008, the hearing date on their motion.
20     F.   <u>Appropriateness of special procedures</u>:  Plaintiffs admit
21 that such procedures are not applicable to this action.
22     G.   <u>Modification of standard pretrial procedures</u>:  See E
23 above.
24     H.   <u>Prospects for Settlement</u>:  Nil.
25 / / /
26 / / /
27 / / /
28 / / /

1    I.   <u>Other matters; issues</u>:  See E above.

3   Dated: June 10, 2008            Respectfully submitted,

5                                   McCARTHY, JOHNSON & MILLER
                                       LAW CORPORATION

7                                   By:
                                       <u>S/S_____</u>
                                       LORI A. NORD
8                                      Attorneys for Plaintiffs

| | |
|---|---|
| 1 | <u>DECLARATION OF SERVICE BY MAIL</u> |
| 2 | I am a citizen of the United States and a resident of the |
| 3 | State of California. I am over the age of eighteen years and not |
| 4 | a party to the within matter. My business address is 595 Market |
| 5 | Street, Suite 2200, San Francisco, California 94105. |
| 6 | I am familiar with the practice of McCarthy, Johnson & Miller |
| 7 | Law Corporation for collection and processing of correspondence |
| 8 | for mailing with the United States Postal Service. It is the |
| 9 | practice that correspondence is deposited with the United States |
| 10 | Postal Service the same day it is submitted for mailing. |
| 11 | I served the following document by placing a true copy of |
| 12 | each such document for collection and mailing, in the course of |
| 13 | ordinary business practice, with other correspondence of McCarthy, |
| 14 | Johnson & Miller Law Corporation, located at 595 Market Street, |
| 15 | Suite 2200, San Francisco, California 94105, on the date set |
| 16 | forth below, enclosed in a sealed envelope with postage fully |
| 17 | prepaid, addressed in the manner set forth immediately below this |
| 18 | declaration. |
| 19 | Documents served: |
| 20 | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| 21 | I declare under penalty of perjury that the foregoing is true |
| 22 | and correct. |
| 23 | Dated at San Francisco, California, on **June 10, 2008.** |
| 24 | |
| 25 | By: _____<br>Phyllis Leewilliams |
| 26 | |
| 27 | Ramcon Company, Inc.<br>1659-C Industrial Road<br>San Carlos, CA 94070 |

DECLARATION OF SERVICE BY MAIL - Case No. CV 081170JCS

4