# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO.  C 08-01170 JCS**

**CASE NAME: BOT of Plumbers & Steamfitters, et al v. Ramcon Co.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: June 20, 2008     **TIME: 1 min** | **COURT REPORTER**: <u>Not recorded</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>**Diane Sidd-Champion** | <u>**COUNSEL FOR DEFENDANT:**</u><br>**No Appearance** |

| <u>**PROCEEDINGS**</u>: | <u>**RULING:**</u> |
|---|---|
| **1. Initial Case Management Conference** | **Not held.** |

<u>**ORDERED AFTER HEARING:**</u>

**NOTES:  Clerk advised counsel that the Motion for Default Judgment, previously noticed for hearing on 7/11/8 at 9:30 AM has been continued 9/5/8 at 9:30 AM.**

**ORDER TO BE PREPARED BY:        () Plaintiff      () Defendant      (X) Court**

**CASE CONTINUED TO:   09/005/08 at 9:30 a.m., for oral argument on Plas' Motion for Default Judgment.**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**      at 1:30 p.m. |

**Trial Date:**                at 8:30 a.m.  ()Jury   ()Court      Set for     days

cc:      Chambers; Karen
* (T) = Telephonic Appearance