UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOT OF PLUMBERS & STEAMFITTERS, ET AL.,

        Plaintiff(s),

   v.

RAMCON COMPANY INC,

        Defendant(s).
_____/

No. C 08-01170 (JCS)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion for Default Judgment before Magistrate Judge Spero previously noticed for July 11, 2008, at 9:30 a.m., has been reset to **Friday, September 5, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a motion and proposed order.

Dated: June 23, 2008

                                    FOR THE COURT,
                                    Richard W. Wieking, Clerk

                              by: *Karen L. Hom*
                                  Karen L. Hom
                                  Courtroom Deputy