# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 08-01170JCS**

**CASE NAME:** BOARD OF TRUSTEES v. RAMCON COMPANY INC

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY:** Frank Justiliano

**DATE:** September 5, 2008    **COURT REPORTER:** FTR: 9:34 - 9:43 a.m.

**COUNSEL FOR PLAINTIFF:**    **COUNSEL FOR DEFENDANT:**
Lori Nord

---

( ) Status Conf.    ( ) P/T Conf.    ( ) Discovery Conf.    ( ) Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**    **RULING:**

1. Plaintiffs' Motion for Default Judgment [Document No. 12]

2.

3.

4.

_____

**ORDERED AFTER HEARING:**

Supplemental materials due three (3) weeks from today. Once received, the Court will prepare a report and recommendation to the district judge.

_____

**ORDER TO BE PREPARED BY:**    ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:**

cc:    Chambers; Karen